UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WANDA J. SANDERS,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Civil No. 2:21-CV-00929-MAT<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for benefits under Title II and Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to:

- Re-evaluate Plaintiff's impairments, especially fibromyalgia, migraines, and hand conditions at step two and step three, with the assistance of expert medical testimony;
- Further evaluate the medical evidence;
- Reassess Plaintiff's residual functional capacity, taking into account all severe and non-severe impairments;

- Reevaluate Plaintiff's subjective symptom testimony and lay witness statement;
- Proceed with the remaining steps of the sequential evaluation process, obtaining a vocational expert testimony, as necessary; and
- Offer Plaintiff an opportunity for a hearing, address additional evidence submitted at the Appeals Council, take any action necessary to further develop the record, and issue a decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 4th day of January, 2022.

MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Shata L. Stucky
SHATA L. STUCKY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7050
Telephone: (206) 615-2909
Fax: (206) 615-2531
shata.stucky@ssa.gov

Page 2        ORDER - [2:21-CV-00929-MAT]